OPINION — AG — (1) THE OKLAHOMA PLANNING AND RESOURCES BOARD HAD NO AUTHORITY TO EXEMPT PROPERTY FROM AD VALOREM TAXATION BY CONTRACT, HENCE, THE CONTRACT WOULD NOT EXEMPT MR. BURCHFIELD FROM THE PAYMENT OF AD VALOREM TAXES, AND (2) PROPERTY BELONGING TO MR. BURCHFIELD IS SUBJECT TO AD VALOREM TAXATION TO THE SAME EXTENT AS PROPERTY BELONGING TO ANY OTHER PERSON, AND THE SAME TESTS APPLY. CITE: 68 O.S. 1965 Supp., 2402 [68-2402], ARTICLE X, SECTION 6 (HARVEY CODY)